# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 10, 2015



Mr. Tracy Brown
3814 Pebble Garden Lane
Katy, TX 77449

Re: **Tracy Brown
v. Janet Kleerekoper
No. 15-5539**

Dear Mr. Brown:

In the above-entitled case, the Court denied leave to proceed *in forma pauperis* and allowed 21 days within which to pay the docket fee and submit a petition in compliance with Rule 33.1 of the Rules of the Court. As you have not complied with the Court's order within the time allowed, please be advised that the case is considered closed.

Sincerely,

**Scott S. Harris**, Clerk

By

Jeffrey Atkins
Deputy Clerk

cc: Clerk, Court of Appeals of Texas
First District (Your No. 01-11-00972-CV)